AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Ahmad Khalil Elshazly<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>Case No.  3:19MJ 1708 (RMS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 2018 to present _____ in the county of _____ New Haven and elsewhere _____ in the _____ District of _____ Connecticut _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization (FTO) |

This criminal complaint is based on these facts:

See attached Affidavit of Christopher Evans, Special Agent, Department of Homeland Security/Homeland Security Investigations (DHS/HSI).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Evans, SA, DHS/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____ 12/16/2019 _____

City and state:  _____ New Haven, Connecticut _____

/s/ Robert M. Spector
*Judge's signature*

Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*