UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA               :

v.                                     :       CRIM. NO.  3:20-CR-71 (VAB)

AHMAD ELSHAZLY                         :       February 22, 2022

## **MOTION TO DISMISS INDICTMENT**

The second superseding indictment in this case charges Mr. Ahmad Elshazly with two counts of attempting to provide material support to the Islamic State of Iraq and al-Sham (ISIS) in violation of 18 U.S.C. § 2339B(a)(1). Both counts of the superseding indictment should be dismissed pursuant to the First and Fifth Amendments of the United States Constitution and Fed. R. Crim. P. 12(b)(3)(A)(v) and 12(b)(3)(B)(v).

As set out in the accompany memorandum, these charges fail to state an offense against the United States and fail to ensure Mr. Elshazly faces trial only on charges that have been properly presented to the grand jury, as required by the Fifth Amendment. Specifically, the government has failed to allege Mr. Elshazly attempted to coordinate with ISIS or to place himself directly under ISIS's control. Section 2339B, however, specifically forbids prosecution of individuals acting independently of a terrorist organization. Mr. Elshazly should not face trial where the government has not – and likely cannot – demonstrate to a grand jury that his conduct is actually criminal conduct, rather than activity constitutionally protected by the First Amendment.

In the alternative, insofar as the superseding indictment alleges conduct within § 2339B's scope, Count 2 of the superseding indictment still should be dismissed for two additional reasons. As applied to this charged conduct, § 2339B (i) improperly criminalizes speech in violation of the First Amendment; and (ii) is so vague it violates the Fifth Amendment.

Respectfully submitted,

THE DEFENDANT,
Ahmad Elshazly

OFFICE OF THE FEDERAL DEFENDER

Date: February 22, 2022

/s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: james_maguire@fd.org

Sabrina Shroff,
80 Broad St. 19th Floor
New York, New York 10004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire

2