UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                              CRIMINAL NO. 3:20-CR-71(VAB)

AHMAD ELSHAZLY                                   May 20, 2026

DEFENDANT'S MOTION TO CONTINUE BRIEFING SCHEDULE TO ADDRESS THE SECOND CIRCUIT'S RULING IN *UNITED STATES V. AKAYED ULLAH*

Ahmad Elshazly, through counsel, and with the consent of the government respectfully grant us until Tuesday, May 27, 2026, to file our motion regarding the impact of *United States v. Akayed Ullah*, 117 4th 399 (2d Cir. 2026), on this case.

We thank the Court for its time and consideration on this matter.

Respectfully Submitted,

THE DEFENDANT,

AHMAD ELSHAZLY

FEDERAL DEFENDER OFFICE

/s/ Josh Ewing Josh B. Ewing, phv20199, CT443715/phv20199
Assistant Federal Defender
10 Columbus Blvd, 6th FL Hartford, CT 06106
Phone: (860) 951-6664
Email: josh_ewing@fd.org

Sabrina P. Shroff
80 Broad Street
New York, New York 10004
Tel: 646 763 1490
Sabrinashroff@gmail.com

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE I HEREBY CERTIFY that on May 20, 2026, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ SPS

_____

Sabrina P. Shroff